FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

2013 SEP -6  PM 2: 23

| | | |
|---|---|---|
| STATE OF MARYLAND | Plaintiff | |
| Vs. | | RDB-13-0469 |
| LEMON, AARON | Defendant | Case No. |
| 5010 FREDERICK AVE. | |  |
| BALTIMORE, MD 21229 | | |

SID:0001995196  LID:

ARRON FREDERICK LEMON  versus  STATE OF MARYLAND                                In Admiralty

## NOTICE OF REMOVAL

To: Any Honorable Judge who Upholds the Constitution of the United States and of Maryland

          NOW COMES the Petitioner, Arron Frederick Lemon Secured Party Creditor and Moves this Honorable Court to Remove case number 813032017 from the CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY, and reason therefore, see attached Affidavit of Truth in Support of this Petition.

WHEREFORE your movant respectfully requests that this Honorable Court:

A. Remove case number 813032017 from the CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY.

B. Grant such further relief as the nature of this case may require.

Respectfully submitted.

Arron Frederick Lemon Secured Party Creditor
PO BOX 454
Highland, Maryland 20777
(410) 961 - 3638