# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

STATE OF MARYLAND          Plaintiff

      Vs.

LEMON, AARON          Defendant                    Case No.

5010 FREDERICK AVE.

BALTIMORE, MD 21229

SID:0001995196 LID:

ARRON FREDERICK LEMON  versus  STATE OF MARYLAND          In Admiralty

## AFFIDAVIT OF TRUTH

To:  Any Honorable Judge who Upholds the Constitution of the United States and of Maryland

## I.  INTRODUCTION

The STATE OF MARYLAND, BALTIMORE CITY POLICE DEPARTMENT, DETECTIVE DAVID BRUST AD 5908 I409, DISTRICT COURT OF MARYLAND FOR BALTIMORE CITY 700 E. Patapsco Ave., JUDGE KEITH E. MATTHEWS, CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY 110 N. Calvert St, JUDGE LAWRENCE P. FLETCHER- HILL, JUDGE CHRISTOPHER PANOS,  THE CLERK OF THE COURT FRANK M. CONWAY, MARYLAND STATE ATTORNEY'S OFFICE, GREGG L. BERNSTEIN and MEE SOON LANGOH have ALL Willfully Neglected to do THEIR Duty and are Running a Scam in a Court as Per 18 USC § 1346, for all of the Reasons contained herein. After reading this Presentment, No One could have "significant federalism concerns" or "doubts about the propriety of removal" if this Honorable Court was to Remove this case, as it is not "absent of extraordinary circumstances". This Controversy Comes Before This Honorable Court as a Matter of Diversity as per 28 USC § 1332 (a); this district court Has original Jurisdiction (the STATE OF MARYLAND, General District Court For The City of Baltimore 700 E. Patapsco Ave. Baltimore, MD 21225 and  CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY 110 N. Calvert St. Baltimore, MD 21202 Obviously Do Not Have Jurisdiction as, "The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings." Hagans v. Lavine, 415 U. S. 533, and Proof of Jurisdiction Does Not Appear Anywhere on the Record, "The law provides that once State and Federal Jurisdiction has been challenged, it must be proven." Main v. Thiboutot, 100 S. Ct. 2502 (1980), a Writ of Quo Warrant [FRCP Rule 81] was filed with the CIRCUIT COURT FOR BALTIMORE CITY on June 13, 2013 at 8:57 a.m. and the STATE ATTORNEY'S OFFICE on June 13, 2013 11:40 a.m. [see Attachment G] which has till this day been Ignored) of All Civil Actions [FRCP Rule 2], as

this Matter in Controversy Exceeds the Sum/Value of $75,000 (see Attachment A, C, D, fidelity.com , click Research on the hyperlink, then click on Options, then click find symbol, then change Security Name to Fund Number, then type in the first 3 [sometimes 2] alphanumerics of your *birth certificate* or the last 3 of your Social Security Card, some letters will then appear as the Symbol, click on it and see who owns you[everyone reading this] [attached is a copy of the Social Security Card I use and the alphanumerics results  from www.fidelity.com  titled Attachment J and the C.R.I.S account [this is in the hands of the CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY] involved in the Matter.) exclusive of interest and costs and is between citizen of a different state as I am not a citizen of the STATE OF MARYLAND, I am not domiciled in the STATE OF MARYLAND. The STATE, BALTIMORE CITY POLICE DEPARTMENT, DETECTIVE DAVID BRUST AD5908 I409, DISTRICT COURT OF MARYLAND FOR BALTIMORE CITY 700 E. Patapsco Ave., JUDGE KEITH E. MATTHEWS, CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY 110 N. Calvert St, JUDGE LAWRENCE P. FLETCHER- HILL, JUDGE CHRISTOPER PANOS, THE CLERK OF THE COURT FRANK M. CONWAY, MARYLAND STATE ATTORNEY'S OFFICE, GREGG L. BERNSTEIN and MEE SOON LANGOH are Foreign States as Defined 28 USC § 1603.

I have been Aggrieved/Legally Harmed, Pursuant to 28 U.S.C. § 1455, I, Arron Frederick Lemon Secured Party Creditor, Moves this Honorable Court to Remove case number 813032017 from the CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY to the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND. I have not been arraigned as defined by FRCRP Rule 10(a)(3), and trial has not begun. Pursuant to 28 U.S.C. § 1443(1) the STATE OF MARYLAND, the DISTRICT COURT OF MARYLAND FOR BALTIMORE CITY 700 E. Patapsco Ave., and the CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY 110 N. Calvert St. are denying me of the 5th & 14th Amendments, Due Process, My Rights as secured by 18 U.S.C. § 245(b)(2)(F)(i)(ii), (b)(2)(B)(E), (b)(4)(A)(B) and FRCRP Rule 4(a)(b)(1)(D)(c)(1)(3)(A).  This Honorable Court has the power to Remedy this Controversy (Constitution of the United States Article III Section II, 28 USC § 1331-1333 and 42 USC § 1983) as the Controversy is In Admiralty (see all Non Rebutted Documents/Affidavits titled 'In Admiralty' filed with the CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY, DISTRICT COURT OF MARYLAND FOR BALTIMORE CITY and the STATE'S ATTORNEY'S OFFICE [Attachments A thru G] enclosed and FRCP Rule 81 (c)).

## II. BACKGROUND

The STATE OF MARYLAND has commenced an action in Maritime by charging AARON LEMON with violating statute CR 5-601, which by definition is a "Commercial Crime" according to 27 C.F.R. 72.11. We are in Commerce. The COMPLAINTANT is in violation of 18 U.S.C. § 245(b)(2)(F)(i)(ii), FRCRP Rule 4(a)(b)(1)(D)(c)(1)(3)(A) and MD Rule 4-212(e)(g)[see Attachment H,  "s.w.d. no warrant" on YOUTUBE and attached Affidavits filed with the DISTRICT COURT OF MARYLAND FOR BALTIMORE CITY, CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY and the STATE'S ATTORNEY'S OFFICE [Attachments A thru G] enclosed]. The STATE OF MARYLAND, the DISTRICT COURT OF MARYLAND FOR BALTIMORE CITY,  and the CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY have the opinion that Non Rebutted Affidavits being considered as facts only applies to Civil and not Criminal actions, and have ignored numerous Affidavits and Motions filed within the State Courts and have insisted that a trial occur. The CLERK OF THE COURT FRANK M, CONWAY has neglected HIS Duty ( see 'The actions of the court clerk's office are quite troubling. "It is difficult enough to practice law without having the clerk's office as an adversary." (*Rojas v. Cutsforth* (1998) 67 Cal.App.4th 774, 777 [79 Cal.Rptr.2d 292] (Rojas).) Whether Voit's motion

has legal merit is a determination to be made by a judge, not the clerk's office. No statute, rule of court, or case law gives the court clerk's office the authority to demand that a petitioner cite or quote precedent before his motion be filed. "If a document is presented to the clerk's office for filing in a form that complies with the rules of court, the clerk's office has a ministerial duty to file it. (See *Carlson v. Department of Fish & Game* (1998) 68 Cal.App.4th 1268, 1276 [80 Cal.Rptr.2d 601].) Even if the document contains defects, the clerk's office should file it and notify the party that the defect should be corrected. (See *Rojas, supra,* 67 Cal.App.4th at p. 777.) The clerk's office's actions violated Voit's rights under both the federal and state Constitutions to access the courts. (U.S. Const., 1st Amend.; Cal. Const., art. I, § 3.)." Federal Law and Supreme Court Cases apply to STATE Court cases." Howlett vs. Rose, 496 U.S. 356 (1990). To refuse to file Any of my Documents could be considered a violation of 18 USC § 2385. Maryland Constitution Article 4 Part 3 Section 25 clearly states, "There shall be a Clerk of the Circuit Court for each County and Baltimore City, who shall be elected by a plurality of the qualified voters of said County or City, and shall hold this office for four years from the time of his election, and until his successor is elected and qualified, and be re-eligible, <u>subject to be removed for willful neglect of duty or other misdemeanor in office, on conviction in a Court of Law</u>..." <u>Maryland Courts and Judicial Proceedings Section 2-201 (a) 3, "The clerk of a court shall: When requested in writing to do so, record any paper filed with his office...</u>" Maryland Courts and Judicial Proceedings General Duties of the Clerk Section 2-201, "(a) Enumeration.- The clerk of a court shall: (2) Make proper legible entries of all proceedings of the court and keep them in well-bound books or other permanent form; (7) Receive all books, documents, public letters, and packages sent to him pursuant to law, and carefully dispose of them as the law requires; Section 2-204 The office of every clerk of court shall be open to the public for the transaction of business of the court from at least Monday through Friday of each week."

The CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY and the STATE OF MARYLAND has not stated how it has Personal Jurisdiction over Arron Frederick Lemon and are in violation of 18 U.S.C. § 1581 as The STATE OF MARYLAND, BALTIMORE CITY POLICE DEPARTMENT, DETECTIVE DAVID BRUST AD 5908 I409, DISTRICT COURT OF MARYLAND FOR BALTIMORE CITY 700 E. Patapsco Ave., JUDGE KEITH E. MATTHEWS, CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY 110 N. Calvert St, JUDGE LAWRENCE P. FLETCHER- HILL, JUDGE CHRISTOPER PANOS,  THE CLERK OF THE COURT FRANK M. CONWAY, MARYLAND STATE ATTORNEY'S OFFICE, GREGG L. BERNSTEIN and MEE SOON LANGOH Do Not Recognize Federal Law. One could only Assume (since there has been No Response to Any Affidavit filed with them) that they are Operating Under the Color of Law (US vs. Tweel, 550 F.2d 297, 299, "Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be misleading...We cannot condone this shocking behavior...This sort of deception will not be tolerated and if this is routine it should be corrected immediately."). Kind of like Jackson vs Cosby, et al, where it says that Writ of Quo Warranto is abolished (maybe that's why they Ignored Federal Law), however, FRCP Rule 81 clearly states, **"(b) Scire Facias and Mandamus. The writs of scire facias and mandamus are abolished. Relief previously available through them may be obtained by appropriate action or motion under these rules."** <u>I have Requested that Jurisdiction be placed On and For the Record</u>, "There is no discretion to ignore that lack of jurisdiction." Joyce v. US, 474 F2d 215, "The burden shifts to the court to prove jurisdiction." Rosemond v. Lambert, 469 F2d 416, "Jurisdiction can be challenged at any time and Jurisdiction, once challenged, cannot be assumed and must be decided."

Basso v. Utah Power & Light Co., 495 F 2d 906, 910, "Once challenged, **jurisdiction** cannot be assumed, it **must be proved** to exist." Stuck v. Medical Examiners, 94 Ca 2d 751. 211 P2d 389, "A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance." Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S.Ct. 1409, "A universal principle as old as the law is that proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property." Norwood v. Renfield, 34 C 329; Ex parte Giambonini, 49 P. 732, "A departure by a court from those recognized and established requirements of law, however close apparent adherence to mere form in method of procedure, which has the effect of depriving one of a constitutional right, is an excess of jurisdiction." Wuest v. Wuest, 127 P2d 934, 937.) Also see, **Howlett v. Rose - 496 U.S. 356 (1990)** <u>Federal Law and Supreme Court Case Apply to STATE Court!</u> Claflin vs. Houseman, 93 U.S. 130, 93 U.S. 136-137, <u>Under the Supremacy Clause, STATE Courts have a concurrent Duty to Enforce Federal Law according to their regular modes  of procedure!</u> Douglas vs. New York, N.H. & H.R. Co., 279 U.S. 377, 279 U.S. 387-389 <u>Such a court May Not Deny a Federal Right, when the parties and Controversy are properly before it, in absence of a Valid Excuse!</u> Mondou vs. New York, N.H. & H.R. Co., 223 U.S. 1, 223 U.S. 57 <u>An excuse that is Inconsistent with Or Violates Federal Law is Not a Valid Excuse,  the Supremacy Clause Forbids STATE Courts to Dissociate themselves from Federal Law because of disagreement with its content Or Refusal To Recognize The Superior Authority of its Source!</u> The STATE OF MARYLAND, BALTIMORE CITY POLICE DEPARTMENT, DETECTIVE DAVID BRUST AD 5908 I409, DISTRICT COURT OF MARYLAND FOR BALTIMORE CITY 700 E. Patapsco Ave., JUDGE KEITH E. MATTHEWS, CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY 110 N. Calvert St, JUDGE LAWRENCE P. FLETCHER- HILL, JUDGE CHRISTOPER PANOS,  THE CLERK OF THE COURT FRANK M. CONWAY, MARYLAND STATE ATTORNEY'S OFFICE, GREGG L. BERNSTEIN and MEE SOON LANGOH have ignored ALL of my Presentments as they do not appear on Maryland Judiciary Case Search/The Record, but my change of address does? On June 13, 2013 in the CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY at approximately 11:05 a.m. in ROOM 330 COURT HOUSE EAST, JUDGE CHRISTOPHER PANOS asked a question to MR. LEMON to which I Arron Frederick Lemon Secured Party Creditor responded, "Let the record reflect Maryland Code of Judicial Conduct Rule 2.2??????" JUDGE CHRISTOPHER PANOS cut me off and said, "SHUT UP! SHUT UP! SIT DOWN, BEFORE I HAVE YOU ARRESTED FOR CONTEMPT! I DON'T WANT TO HEAR ANYTHING ELSE! I WILL HAVE MY SHERIFF ARREST YOU! Is the STATE ready?" MEE SOON LANGOHR (ASSISTANT STATE'S ATTORNEY) said, "Yes." JUDGE PANOS then went on to say that, "I know that you have the First Amendment Right, but your shirt offends some people in this court room, I am going to issue a postponement on behalf of the STATE. That is not proper attire for this court..... Sign the SUMMONS." While I signed on the behalf of My Security Interest, JUDGE PANOS asked something that I did not catch because the sheriff was asking questions in reference to the mailing address. The sheriff tapped me and said, "The JUDGE is talking to you." I looked up and JUDGE CHRISTOPHER PANOS asked, "MR. LEMON do you understand?" I said, "Let the Record reflect I am Arron Frederick Lemon Secured Party Creditor." JUDGE PANOS asked, "A secured party of what?" I said, "MR. LEMON." JUDGE PANOS then said that I need to have a psychiatric evaluation. On May 6, 2013 JUDGE PANOS Committed Perjury because he said that if I were to have a lawyer he/she would have to be a member of the B.A.R. or at least approved by them (see Schware vs. Board of Examiners, United States Reports 353 U.S. pgs. 238, 239 and Sims vs. Aherns, 271 S.W. 720

(1925) and Redfield vs. Fisher, 292 P. 813, 817-819). I Arron Frederick Lemon, Organic Living Soul, am not Crazy, Mentally Ill, or in need of a psychiatric evaluation. Nor am I a "ward" of the STATE, see Corpus Juris Secundum, Vol. 7, Sec. 4. There is no such thing as, "I know the Constitution counts but....." The CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY is CORPORATION that is traded on the NYSE (see dnb.com)(C.R.I.S. Account). According to FRCP Rule 4 (j), the **STATE OF MARYLAND** (CORPORATE FICTION) is a **FOREIGN STATE** as defined under 28 USC, CHAPTER 97 – JURISDICTIONAL IMMUNITIES OF FOREIGN STATES, Sec. 1602 – 1611. The STATE OF MARYLAND an agency of a foreign State based in one of the territories of the UNITED STATES, Not a State of the United States. When the State of Maryland formed into the Corporation known as the **STATE OF MARYLAND,** in an attempt to control this new creation, it established guidelines (**STATUTES**) for its operation (charters). I hold the inherent right of the 11th Amendment. "The judicial power shall not be construed to extend to any suit in law or equity, commenced or prosecuted by a Foreign State." The STATE OF MARYLAND is misusing my name by placing it in ALL CAPS and using the term "person" as a CORPORATION, all complaints and suits against such CORPORATION fall under the FSIA and the DEPT. OF STATE OFFICES in Washington DC. DC had to be notified pursuant to 22 CFR 93.1-93.2. This procedure was not followed by the State's Attorney. A copy of the FSIA has to be filed with the complaint to the Defendant's agent and the chief executive officer of that CORPORATION. Any MUNICIPAL, COUNTY, OR STATE COURT lacks jurisdiction to hear any case under the FOREIGN STATE definitions. I Am Not a PERSON as defined by Maryland Code Criminal Law Section 1-101 (h) or Any other STATUTE Definition, as these fall Under Black's Law Dictionary 9th Edition of an "artificial person. (17c) An entity, such as a corporation, created by law and given certain legal rights and duties of a human being; a being, real or imaginary, who for the purpose of legal reasoning is treated more or less as a human being. An entity is a person for purposes of the Due Process Clause but not a Citizen for purposes of the Privileges and Immunities Clauses in IV § 2 and in the 14th Amendment.—Also termed fictitious person; jurisic person; juridical person; legal person; moral person." I Am Not 'Persona Ficta'! S.C.R. 1795, Penhallow v. Doane's Administraters (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54), "Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them."

Hale v Hinkel, 201 US 43, 74-75, "We are of the opinion that there is a clear distinction in this particular between an individual and a corporation, and that the latter has no right to refuse to submit its books and papers for examination on the suit of the State. The individual may stand upon his Constitutional Rights as a Citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the State or to his neighbors to divulge his business, or to open his doors to investigation, so far as it may tend to incriminate him.

"He owes no such duty to the State, since he receives nothing therefrom, beyond the protection of his life, liberty, and property. His Rights are such as the Law of the Land antecedent to the organization of the State, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his Rights are the refusal to incriminate himself and his property from arrest or

seizure except under warrant of law. He owes nothing to the public so long as he does not trespass upon their rights.

"Upon the other hand, the corporation is a creature of the State. It is presumed to be incorporated for the benefit of the public. It receives certain special privileges and franchises, and holds them subject to the laws of the state and the limitations of its charter. Its rights to act as a corporation are only preserved to it so long as it obeys the laws of its creation. There is a reserved right in the legislature to investigate its contracts and find out whether it has exceeded its powers. It would be a strange anomaly to hold that the State, having chartered a corporation to make use of certain franchises, could not in exercise of its sovereignty inquire how those franchises had been employed, and whether they had been abused, and demand the production of corporate books and papers for that purpose." See www.nationalrepublicregistry.com/public/2012/MD/08.02.000001.pdf. Short and sweet, if I have not committed murder, rape, robbery, assault, or an offence where there is Corpus Delecti, the STATE OF MARYLAND Is Supposed To Protect My Life, Liberty, And Property.

Nemo dat quod non habet. "No one gives what he does not have; no one transfers (a right) that he does not possess. According to this maxim, no one gives a better title to property than he himself possesses." Black's Law Dictionary 9th Edition, see also Jerome vs. Bentley & Co. [1952]

Constitution of Maryland Article IV § 1, " The Judicial power of this State is vested in a Court of Appeals, such intermediate courts of appeal as the General Assembly may create by law, Circuit Courts, Orphans' Courts, and a District Court. These Courts shall be Courts of Record, and each shall have a seal to be used in the authentication of all process issuing from it *(amended by Chapter 10, Acts of 1966, ratified Nov. 8, 1966; Chapter 789, Acts of 1969, ratified Nov. 3, 1970; Chapter 681, Acts of 1977, ratified Nov. 7, 1978; Chapter 523, Acts of 1980, ratified Nov. 4, 1980)*." That means the CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY receives its "Authority" from the General Assembly aka the legislative department, Not From The Constitution! And since they don't have the "Authority" to arrest, imprison anyone or do anything other than create "Statutes" for their CORPORATION, Neither Does the CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY! Otherwise they have given them (Property of the STATE OF MARYLAND) a better title than they (General Assembly) possess.

Constitution of the United States Article 3 § 1, "The judicial power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish. The judges, both of the supreme and inferior courts, shall hold their offices during good behaviour, and shall, at stated times, receive for their services, a compensation, which shall not be diminished during their continuance in office." That means that the CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY is inferior and if JUDGE CHRISTOPHER PANOS misbehaves, he does not get to play dress up and make believe to make a profit office! When JUDGE CHRISTOPHER PANOS chose to operate in the manner in which he did, he Violated Maryland Judicial Code of Conduct Rules 2.2 & 3.10! Owens v Independence 100 S.C.T. 1398, "Officers of the court have no immunity when violating a Constitutional right, from liability for they are deemed to know the law." Jones vs. Counce 7-F3d-1359-8th Cir.1993, "Qualified immunity defense fails if public officer violates clearly established right because a reasonably competent official should know the law governing his conduct." "When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial

immunity is lost." Rankin v. Howard, (1980) 633 F.2d 844, cert den. Zeller v. Rankin, 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326. "Some Defendants urge that any act "of a judicial nature" entitles the Judge to absolute judicial immunity. But in a jurisdictional vacuum, (that is, absence of all jurisdiction) the second prong necessary to absolute judicial immunity is missing." Stump v. Sparkman, id., 435 U.S. 349. "A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts." Davis v. Burris, 51 Ariz. 220, 75 P.2d 689 (1938) "Generally, judges are immune from suit for judicial acts within or in excess of their jurisdiction even if those acts have been done maliciously or corruptly; the only exception being for acts done in the clear absence of all jurisdiction." Gregory v. Thompson, 500 F2d 59 (C.A. Ariz. 1974) "When a judicial officer acts entirely without jurisdiction or without compliance with jurisdiction requisites he may be held civilly liable for abuse of process even though his act involved a decision made in good faith, that he had jurisdiction." Little v. U.S. Fidelity & Guaranty Co., 217 Miss. 576, 64 So. 2d 697.

"No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued; and an attempt to enforce it beyond these boundaries is nothing less than lawless violence." Ableman v. Booth, 21 Howard 506 (1859).

The STATES ATTORNEY GREG L. BERNSTEIN has been contacted several times via email (see Attachment I) to which he has not responded. The website www.ospmd.org clearly states, "The State Prosecutor may investigate on his own initiative, or at the request of the Governor, the Attorney General, the General Assembly, the State Ethics Commission, or a State's Attorney, certain criminal offenses. These include: 1) State election law violations; 2) State public ethics law violations; 3) State bribery law violations involving public officials or employees; 4) misconduct in office by public officials or employees; and 5) extortion, perjury, or obstruction of justice related to any of the above. At the request of the Governor, Attorney General, General Assembly, or a State's Attorney, the State Prosecutor also may investigate alleged crimes conducted partly in Maryland and partly in another jurisdiction, or in more than one political subdivision of the State." According to Black's Law Dictionary 9th Edition, "investigate, vb. (16c) 1. To inquire into (a matter) systematically; to make (a suspect) the subject of criminal inquiry <the police investigated the suspect's involvement in the murder>. 2. To make an official inquiry <after the judge dismissed the case, the police refused to investigate further>., prosecute, vb. (15c) 1. To commence and carry out a legal action <because the plaintiff failed to prosecute its contractual claims, the court dismissed the suit>. 2. To institute and pursue a criminal action against (a person) <the notorious felon has been prosecuted in seven states>. 3. To engage in; carry on <the company prosecuted its business for 12 years before going bankrupt>." That means the STATE'S ATTORNEY Cannot Prosecute Arron Frederick Lemon (see Maryland Constitution Article 5 Section 9)! The only Duties of the STATE'S ATTORNEY expressed by STATUTE can be found at Maryland Statutes and Code Officers Section 17 – 104.

The STATE OF MARYLAND's STATUTES (in this case Possession of CDS aka C.R. 5.601)does not mean anything (Hale vs. Hinkle) unless they comply with the Constitution of the United States Article 6, "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or

Laws of any State to the Contrary notwithstanding. I have the liberty to possess whatever I want as long as I did not steal it! Murdock v Peon, 319 US 105, "No state shall convert a liberty into a privilege, license it, and attach a fee to it." The STATE OF MARYLAND, BALTIMORE CITY POLICE DEPARTMENT, DETECTIVE DAVID BRUST AD 5908 I409, DISTRICT COURT OF MARYLAND FOR BALTIMORE CITY 700 E. Patapsco Ave., JUDGE KEITH E. MATTHEWS, CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY 110 N. Calvert St, JUDGE LAWRENCE P. FLETCHER- HILL, JUDGE CHRISTOPER PANOS, THE CLERK OF THE COURT FRANK M. CONWAY, MARYLAND STATE ATTORNEY'S OFFICE, GREGG L. BERNSTEIN and MEE SOON LANGOH have no Right to tell me what I can and cannot possess! Shuttlesworth v Birmingham, 373 US 262, "If the state converts a liberty into a privilege the citizen can engage in the right with impunity." I am entitled to carry on private business in my own way! I owe no duty to the STATE OF MARYLAND, however the STATE is supposed to protect my Life, Liberty, and Property! Hale v Hinkel, 201 US 43, 74-75, The STATE OF MARYLAND, BALTIMORE CITY POLICE DEPARTMENT, DETECTIVE DAVID BRUST AD 5908 I409, DISTRICT COURT OF MARYLAND FOR BALTIMORE CITY 700 E. Patapsco Ave., JUDGE KEITH E. MATTHEWS, CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY 110 N. Calvert St, JUDGE LAWRENCE P. FLETCHER- HILL, JUDGE CHRISTOPER PANOS,  THE CLERK OF THE COURT FRANK M. CONWAY, MARYLAND STATE ATTORNEY'S OFFICE, GREGG L. BERNSTEIN and MEE SOON LANGOH are encroaching my constitutionally secured liberties! Boyd v US, H6US616, "The court is to protect against any encroachment of constitutionally secured liberty."

   If Due Process would not have been violated (for all the reasons contained herein) and I was allowed to complete my sentence it might have saved JUDGE CHRISTOPHER PANOS's career. I was going to say, "Let the Record reflect Maryland Code of Judicial Conduct Rule 2.2 and 3.10 supports the Maryland Constitution Declaration of Rights Article 33. You must remain Impartial and not Practice Law from the Bench. Discovery! Facts have arisen, Pursuant to Maryland Constitution Declaration of Rights Article 20, that I have filed with this Court of Record at 8:57 a.m. today. Sheriff please serve the JUDGE and STATE's ATTORNEY." It was my Affidavit of Truth Writ of Quo Warranto that basically says the same as you have just read. Now to act in the manner that JUDGE CHRISTOPHER PANOS has been and to say, "SHUT UP AND SIT DOWN OR I WILL HAVE MY SHERIFF ARREST YOU, I know you have the First Amendment Right.....BUT........"is a Violation of Due Process, the Constitution of the United States Articles 3 and 6, Amendments 1, 5, 9, 10, 11, 13, and 14, the Constitution of Maryland Article 1 § 9, the Declaration of Rights 18 USC § 242, 18 USC § 371, 18 USC § 875, 18 USC § 878, 18 USC § 912, 18 USC § 1505, 18 USC §1509, 18 USC § 1512, 18 USC § 1513, 18 USC § 1581, 18 USC § 1621, 18 USC § 1918, 18 USC § 2071, 18 USC § 2072, 18 USC § 2073, 18 USC § 2331, 18 USC § 2381, 18 USC § 2383, 18 USC § 2384, 18 USC § 2385, 26 USC § 2612, Maryland Judicial Code of Conduct Rules 2.2 and 3.10, etc...

   "A departure by a court from those recognized and established requirements of law, however close apparent adherence to mere form in method of procedure, which has the effect of depriving one of a constitutional right, is an excess of jurisdiction." Wuest v. Wuest, 127 P2d 934, 937.

   "Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of juris." Merritt v. Hunter, C.A. Kansas 170 F2d 739.

   Then "magically", the case is no longer before JUDGE CHRISTOPHER PANOS when I visit HIS court room 330 E on September 3, 2013. As I was informed by a man who said he was Burke Miller, at approximately 9:10 a.m., that the case was no longer before JUDGE PANOS. He told me that the case was across the street in room 113.

While in Court Room 113, on September 3, 2013, JUDGE LAWRENCE P. FLETCHER-HILL Willfully Neglected to Perform HIS Duty (see Attachment K).

## III. LEGAL STANDARDS

The 9th Amendment of the U.S. Constitution clearly states, "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people."

Constitution of Maryland Declaration of Rights Article 2. "The Constitution of the United States, and the Laws made, or which shall be made, in pursuance thereof, and all Treaties made, or which shall be made, under the authority of the United States, are, and shall be the Supreme Law of the State; and the Judges of this State, and all the People of this State, are, and shall be bound thereby; anything in the Constitution or Law of this State to the contrary notwithstanding."

Constitution of Maryland Declaration of Rights Article 3. "The powers not delegated to the United States by the Constitution thereof, nor prohibited by it to the States, are reserved to the States respectively, or to the people thereof."

Constitution of Maryland Declaration of Rights Article 45. "This enumeration of Rights shall not be construed to impair or deny others retained by the People."

Constitution of Maryland Declaration of Rights Article 44. "That the provisions of the Constitution of the United States, and of this State, apply, as well in time of war, as in time of peace; and any departure therefrom, or violation thereof, under the plea of necessity, or any other plea, is subversive of good Government, and tends to anarchy and despotism. "

Constitution of Maryland Declaration of Rights Article 24. "That no man ought to be taken or imprisoned or disseized of his freehold, liberties or privileges, or outlawed, or exiled, or, in any manner, destroyed, or deprived of his life, liberty or property, but by the judgment of his peers, or by the Law of the land (amended by Chapter 681, Acts of 1977, ratified Nov. 7, 1978)."

Constitution of Maryland Declaration of Rights Article 19. "That every man, for any injury done to him in his person or property, ought to have remedy by the course of the Law of the Land, and ought to have justice and right, freely without sale, fully without any denial, and speedily without delay, according to the Law of the Land."

Constitution of Maryland Declaration of Rights Article 20. "That the trial of facts, where they arise, is one of the greatest securities of the lives, liberties and estate of the People."

Constitution of the United State 5th Amendment. "No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or

property, without due process of law; nor shall private property be taken for public use, without just compensation."

Constitution of the United State 14th Amendment . "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

Constitution of Maryland Article 4 Section 7. "No Judge shall sit in any case wherein he may be interested, or where either of the parties may be connected with him, by affinity or consanguinity, within such degrees as now are, or may hereafter be prescribed by Law, or where he shall have been of counsel in the case."

Constitution of Maryland Declaration of Rights Article 33. "That the independency and uprightness of Judges are essential to the impartial administration of Justice, and a great security to the rights and liberties of the People: Wherefore, the Judges shall not be removed, except in the manner, and for the causes provided in this Constitution. No Judge shall hold any other office, civil, or military or political trust, or employment of any kind, whatsoever, under the Constitution or Laws of this State, or of the United States, or any of them; except that a judge may be a member of a reserve component of the armed forces of the United States or a member of the militia of the United States or this State; or receive fees, or perquisites of any kind, for the discharge of his official duties (amended by Chapter 61, Acts of 1990, ratified Nov. 6, 1990)."

Constitution of Maryland Article 1 Section 9. "Every person elected, or appointed, to any office of profit or trust, under this Constitution, or under the Laws, made pursuant thereto, shall, before he enters upon the duties of such office, take and subscribe the following oath, or affirmation: I, _____, do swear, (or affirm, as the case may be,) that I will support the Constitution of the United States; and that I will be faithful and bear true allegiance to the State of Maryland, and support the Constitution and Laws thereof; and that I will, to the best of my skill and judgment, diligently and faithfully, without partiality or prejudice, execute the office of_____, according to the Constitution and Laws of this State, (and, if a Governor, Senator, Member of the House of Delegates, or Judge,) that I will not directly or indirectly, receive the profits or any part of the profits of any other office during the term of my acting as_____ (originally Article I, sec. 6, renumbered by Chapter 681, Acts of 1977, ratified Nov. 7, 1978)."

Constitution of Maryland Article 5 Section 9. "The State's Attorney shall perform such duties and receive such salary as shall be prescribed by the General Assembly. If any State's Attorney shall receive any other fee or reward than such as is or may be allowed by law, he shall, on conviction thereof, be removed from office; provided, that the State's Attorney for Baltimore City shall have the power to appoint a Deputy and such other Assistants as the Supreme Bench of Baltimore City may authorize or approve and until otherwise provided by the General Assembly, the said State's Attorney, Deputy and Assistants shall receive the following annual salaries: State's Attorney, seven thousand five hundred dollars; Deputy State's Attorney, five thousand dollars; Assistant State's Attorneys, four thousand dollars each; said salaries, or such salaries as the General Assembly may subsequently provide and such expenses

for conducting the office of the State's Attorney as the Supreme Bench of Baltimore City may authorize or approve shall be paid by the Mayor and City Council of Baltimore to the extent that the total of them exceeds the fees of his office, or as the General Assembly shall otherwise provide, and the Mayor and City Council of Baltimore shall not be liable for appearance fees to the State's Attorney (amended by Chapter 185, Acts of 1900, ratified Nov. 5, 1901; Chapter 624, Acts of 1912, ratified Nov. 4, 1913; Chapter 177, Acts of 1924, ratified Nov. 4, 1924; Chapter 490, Acts of 1943, ratified Nov. 7, 1944; Chapter 545, Acts of 1976, ratified Nov. 2, 1976)."

According to Precision Instrument Mfg.Co. v. Automotive Maintenance Mach. Co., 324 U.S. 806, 814 (1945), "he who comes into equity must come with clean hands."

## IV. DISCUSSION

The STATE OF MARYLAND, BALTIMORE CITY POLICE DEPARTMENT, DETECTIVE DAVID BRUST AD 5908 I409, DISTRICT COURT OF MARYLAND FOR BALTIMORE CITY 700 E. Patapsco Ave., JUDGE KEITH E. MATTHEWS, CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY 110 N. Calvert St, JUDGE LAWRENCE P. FLETCHER- HILL, JUDGE CHRISTOPER PANOS,  THE CLERK OF THE COURT FRANK M. CONWAY, MARYLAND STATE ATTORNEY'S OFFICE, GREGG L. BERNSTEIN and MEE SOON LANGOH are operating under the color of law, as THEY have ALL Willfully Neglected to Perform THEIR Duties. THEY assume that I have a contract with THEM that would define me as supposed to belong to the same stock or lineage of a previous condition of illegal and involuntary servitude in satisfaction of a debt that I do not owe to any of them. I Have No contract With Any of THEM!

### A. REMOVAL

This Honorable Court has the Authority to Remove this case as it is in the interest of Justice for all of the Reasons stated herein.

### B. CIVIL RIGHTS

My Civil Rights have been violated for all of the reasons stated herein. "The court is to protect against any encroachment of constitutionally secured liberty." Boyd v. US, H6US616.

## V. CONCLUSION

My money has yet to be returned to me and I am still unemployable.  I believe I have a point and there is no Lawfully documented evidence to the Contrary. This Affidavit is in support of the accompanying  Application to Proceed in the District Court without Prepaying Fees or Cost, Notice of Removal and Motion For Judgment Affidavit of Specific Negative Averment, Opportunity to Cure, and Counterclaim.

**Notice to Agent is Notice for principle, Notice for principle is Notice to Agent, and for all other matters and by Notice or all party(s) including any and all witnesses with firsthand knowledge, all party(s) and all**

**other claims pertaining for the Fiction dating for the year it was created.**

By: _~~~~~~~~ ucc 1-308 without PRESUDICE_          Date: 9/5/2013

Witness: _Derrick R McNir Jr._          Date: 9/5/2013

Witness: _Joshua Newman_          Date: 9/5/2013

## NOTICE

Using a notary does not constitute any adhesion, nor does it alter my status in any matter. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction, a benefit for the Europeans, Caananites, Hyksos, Pagans, Heathens, Settlers, Confederates, Strangers, Goyim, so they whom I pray may become knowledgeable in the truth for the Law by our Holy Father, Asaru, In Septet(Sirius) and Sahu(Orion, Known as Heaven) and repent, so they will no longer be alienated from their true Deity, Amun-Re.

By: _~~~~~~~ ucc 1-308 without PResuDice_ Date: 9/5/2013

Arron Frederick Lemon  Secured Party Creditor

## Jurat

Maryland

Baltimore City

On the 5 day of Sept 2013 A.D., the above signed Secured Party Creditor personally appeared before me with this Administrative Affidavit of Truth, as proved to me on the basis of satisfactory evidence and identification to be the man whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or the entity upon behalf of which the person acted, signed under oath or asseveration, and accepts the truth thereof.

Notary Name: _Arlene Green_

Notary Signature: _Arlene Green_

Notary County(City) and State: _Balto MD_

My Commission Expires: _10-4-2015_

*[Notary seal: ARLENE GREEN, NOTARY PUBLIC, BALTIMORE CITY, MD, COMMISSION EXPIRES 10-4-2015]*